United States Bankruptcy Court for the
District of Arizona

IN RE:

Jarrod Ferguson & Teresa Marie Smith

Case No. 12-25208-PHX-MCW

Judge Madeleine C. Wanslee

Debtor(s)

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $7478.00 was issued by the trustee to Jarrod Ferguson & Teresa Marie Smith, debtor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The debtor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Jarrod Ferguson & Teresa Marie Smith. Teresa Marie Smith is no longer married to Jarrod Ferguson (Exhibit A); As per the Consent Decree of Dissolution of Marriage's Property Settlement Agreement (Page 9 in pertinent part), Ms. Smith seeks to recover $3,739.00 or ½ of the funds being held for the Debtor(s).

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the District of Arizona has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Jarrod Ferguson & Teresa Marie Smith, creditor, hereby petitions the Court for $3,739.00, which is ½ of the sum of all monies being held in the registry of this court as unclaimed funds, which are due to debtor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Teresa Marie Smith c/o Dilks & Knopik, LLC, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Respectfully Submitted:

Dated: September 30, 2015

Brian J. Dilks
Dilks & Knopik, LLC

On 9/30/15 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, Brian J. Dilks, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Teresa Marie Smith is legally entitled to the unclaimed funds referenced in this application. I am familiar with State of Arizona requirements for acting in the capacity of Attorney in Fact.

Dated September 30, 2015

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Teresa Marie Smith

On 9/30/15 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington



United States Bankruptcy Court for the
District of Arizona

IN RE:

Jarrod Ferguson & Teresa Marie Smith

Debtor(s)

Case No. 12-25208-PHX-MCW

Judge Madeleine C. Wanslee

# NOTICE OF SERVICE

# OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given that on September 30, 2015 a copy of the Application for Payment of Unclaimed Funds was mailed to the U.S. Attorney for the District of Arizona, 2 Renaissance Square, 40 N. Central Ave, Ste 1200, Phoenix, AZ 85004 by:

Dated: September 30, 2015

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Teresa Marie Smith

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

RE: Jarrod Ferguson & Teresa Marie Smith

Debtor(s)

Case: 12-25208-PHX-MCW

**AUTHORITY TO ACT**
Limited Power of Attorney
LIMITED TO ONE TRANSACTION

USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Teresa Marie Smith ½ interest of $7,478.00** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,739.00 representing ½ interest of $7,478.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____
Teresa Marie Smith

Date 9/22, 20 15

ACKNOWLEDGMENT

STATE OF ARIZONA ) COUNTY OF MARICOPA

On this 22 day of September, 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared Teresa Marie Smith known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Amy Molina Murrieta_
Residing at _Scottsdale AZ 85251_
My Commission expires _10/25/2018_

AMY MOLINA-MURRIETA
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
October 25, 2018